# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF CONNECTICUT

PETER LUNDSTEDT,

    Plaintiff,

v.

I.C. SYSTEM, INC.,

    Defendant.

Docket No.: 15-cv-00824

## NOTICE OF REMOVAL

**PLEASE TAKE NOTICE,** that pursuant to 28 U.S.C. §§1331, 1441 and 1446, Defendant I.C. SYSTEM, INC. ("ICS") hereby gives notice of the removal of this action from the Superior Court of Connecticut, Stamford/Norwalk Judicial District, where it is now pending, to the United States District Court for the District of Connecticut. In support of this Notice of Removal, Defendant ICS states:

1. On May 25, 2015, Plaintiff filed a Summons and Complaint in this action styled *Peter Lundstedt v. I.C. System, Inc.,* bearing Docket No.: FST-CV15-5014755-S before the Superior Court of Connecticut, Stamford/Norwalk Judicial District. A redacted[1] copy of the Summons and Complaint is annexed hereto as Exhibit "A".

2. Upon information and belief, on or about April 29, 2015, ICS first received notice of Plaintiff's claims by receiving a copy of an unfiled Complaint. See Exhibit "B".

3. The Complaint alleges, in sum and substance, that ICS violated the Fair Debt Collection Practices Act, 15 U.S.C. §1692 *et seq.* as well as the Telephone Consumer Protection Act, 47 U.S.C. §227 *et seq.* Accordingly, this action may be removed pursuant to 28 U.S.C. §1441(b) as this Court has federal question jurisdiction under 28 U.S.C. §1331.

---

[1] The Summons and Complaint have been redacted to protect Plaintiff's personal and financial information.

4. Additionally, the Court has supplemental jurisdiction over any state law claims pursuant to 28 U.S.C. §1367.

5. This Notice of Removal is timely filed within thirty (30) days after CBE first received notice of the initial pleadings setting forth the claims for relief and existence of federal question jurisdiction.  28 U.S.C. §1446(b).

6. A civil cover sheet and the payment of the required filing fee accompany this Notice.

7. Written notice of this Notice of Removal will be filed in the Superior Court of Connecticut, Stamford/Norwalk Judicial District.

Dated: New York, New York
May 29, 2015

>Respectfully submitted,
>
>*Attorneys for Defendant*
>*I.C. SYSTEM, INC.*
>By: Its Attorney
>
>*s/ Nicholas A. Corsano*
>Nicholas A. Corsano, Fed. Bar ID: ct29529
>HINSHAW & CULBERTSON LLP
>800 Third Avenue, 13th Floor
>New York, New York 10022
>Tel: (212) 471-6200
>Fax: (212) 935-1166