UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

| | |
|---|---|
| PETER LUNDSTEDT,<br><br>      Plaintiff,<br><br>v.<br><br>I.C. SYSTEM, INC.,<br><br>      Defendant. | Docket No: 15-cv-00824-JAM<br><br>**STIPULATION OF DISMISSAL** |

**IT IS HEREBY STIPULATED AND AGREED,** by and between the plaintiff Peter Lundstedt, and defendant I.C. System, Inc., that the above-entitled action is hereby dismissed with prejudice, and without attorneys' fees and costs against any party.

Dated: Greenwich, Connecticut
      September 19, 2018

**PETER LUNDSTEDT**
*Pro Se Plaintiff*

/s/ Peter Lundstedt
P.O. Box 8122
Greenwich, Connecticut 06838
Tel: 203-733-0311

**HINSHAW & CULBERTSON LLP**
Attorneys for Defendants I.C. System, Inc.

*s/ Nicholas A. Corsano*
Nicholas A. Corsano
800 Third Avenue, 13th Floor
New York, New York 10022
Tel: 212-471-6200
Email: ncorsano@hinshawlaw.com